**AFFIRM; and Opinion Filed October 20, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00352-CR

**EFREN ADAME TORRES, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-85957-2014**

## MEMORANDUM OPINION
Before Justices Francis, Stoddart, and Schenck
Opinion by Justice Schenck

A jury convicted Efren Adame Torres of theft of property valued at $50 or more but less than $500 dollars. *See* TEX. PENAL CODE ANN. § 31.03(a), (e)(2)(A) (West Supp. 2015). The trial court assessed punishment at confinement in the county jail for 120 days, probated for fifteen months, and a $500 fine. On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

160352F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

EFREN ADAME TORRES, Appellant

No. 05-16-00352-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 6, Collin County, Texas

Trial Court Cause No. 006-85957-2014.

Opinion delivered by Justice Schenck.

Justices Francis and Stoddart participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 20th day of October, 2016.